# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OMAYRA ROMAN BATISTA,<br>    Plaintiff<br><br>v.<br><br>RIVERWALK HOLDINGS LTD.,<br>DE VILLE ASSET MANAGEMENT LTD,<br>and JAY BRIAN LEDFORD<br>    Defendants | Case No. _____ |

## COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICES

Omyra Roman Batista, Plaintiff, seeks relief from defendant Riverwalk Holdings Ltd., for its unlawful, unfair and abusive practices concerning collection of a discharged debt.

### Parties

1. Omyra Roman-Batista is a natural person who resides in Chelsea, Massachusetts.

2. On information and belief defendant Riverwalk Holdings Ltd. ("Riverwalk") is a Texas Corporation, with a principal place of business in 1132 Glade Rd Colleyville, Texas.

3. On information and belief defendant De Ville Asset Management Ltd. ("De Ville") is a Texas Corporation, also with a principal place of business in 1132 Glade Rd Colleyville, Texas.

4. On information and belief defendant Jay Brian Ledford an officer and owner of both Riverwalk and De Ville, and a resident of Westlake, Texas.

### Jurisdiction and Venue

5. This Court has jurisdiction over the subject matter pursuant to 15 U.S.C. §1962k(d), 28 U.S.C. §§ 1331, 1367.

6. This Court as personal jurisdiction as the acts and omissions occurred in Massachusetts.

7. This Court is the proper venue pursuant to 28 U.S.C. § 1391(b)(2).

## Facts

8. In or around 2011 defendant Riverwalk Holding Ltd. ("Riverwark") purchased a Chase Bank credit card account that was in default and owed by plaintiff Roman-Batista.

9. On or about February 1, 2014, Jay Brian Ledford ("Ledford"), in his capacity officer of Riverwalk, released and discharged Roman-Batista of any all debts and accounts Riverwalk may have had against her. Exhibit A.

10. On or about November 7, 2014, De Ville Asset Management Ltd. ("De Ville") acting either as servicer or successor in interest to Riverwalk send Roman-Batista a letter seeking to collect on her discharged Chase Bank account. Exhibit B.

11. On about December 22, 2014 De Ville Asset Management Ltd. send Roman-Batista a second letter seeking to collect on her discharged Chase Bank account. Exhibit C.

12. Neither Riverwalk nor De Ville have ever being license by the Massachusetts Division of Banks to collect debts in Massachusetts.

## Fair Debt Collection Practices Act
## (15 U.S.C. §§ 1692 et esq.)

13. Plaintiff reasserts all statement in paragraphs 1-12 and incorporates them by reference.

14. The alleged debt is a consumer debt relating to services of personal use.

15. The defendants are debt collectors who regularly collects debts owed to another.

16. The collection letters are debt collection communications made through the mail.

17. The defendants' attempts to collect on debt that without any legal right to collect or enforce that debt as defendant had expressly release and discharged plaintiff of all debts. 15 U.S.C. §1692f.

18. Sending the collection letters constituted the business of debt collection in Massachusetts without a license or posting of a bond as required by Mass. Gen. Laws ch. 93 §§ 24-27.

19. The defendants' unlicensed debt collection actives constituted a threat to take any action that cannot legally be taken. 15 U.S.C. §1692f; *see also Bradshaw v. Hilco Receivables, LLC*, 765 F. Supp. 2d 719, 728-729 (D. Md. 2011)

20. As a result of these collection letters, the Plaintiff suffered damages.

WHEREFORE, Plaintiff request this Honorable Court enter judgment against defendant

a) Awarding compensation for actual damages including inconvenience, emotional distress, and mental anguish,;

b) statutory damages of $1,000.00 against each defendant;

c) interest cost and reasonable attorney's fees; and

d) order all such relief as shall be just and proper.

**Plaintiff claims trial by jury on all issues so triable.**

Omyra Roman-Batista,
By her attorney:

/ s/ Sebasitan Korth
Sebastian Korth, Esq.
BBO # 676127
Korth Law Office
One Center Plaza, Suite 220
Boston, MA 02108
p 617-259-1955
f 617-238-2167
SKorth@korthlawoffice.com