# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OMAYRA ROMAN BATISTA,<br>    Plaintiff<br><br>v.<br><br>RIVERWALK HOLDINGS LTD.,<br>DE VILLE ASSET MANAGEMENT LTD,<br>and JAY BRIAN LEDFORD<br>    Defendants | Case No. 15−CV−10461−MLW |

**REQUEST FOR DEFALT**
**(Pursuant to Fed. R. Civ. P. 55(a))**

I, the undersigned attorney, for the above named Plaintiff Omayra Roman-Batista state that the complaint in which a judgment for affirmative relief is sought against all Defendants herein, was filed on February 19, 2015 and the summons and a copy of the complaint, civil cover sheet, notice, and exhibits have been served certified mail, return receipt requested on February 24, 2015 as appears from the affidavits of service. I further state that the time which the Defendant shall serve a responsive pleading or otherwise defend pursuant to Rule 12(a), has expired and the Defendants herein has failed to serve or file an answer or otherwise defend to the complaint.

WHEREFORE, the Plaintiff makes application that all Defendants be defaulted and be sent a notice of default.

SIGNED UNDER THE PENALTIES OF PERJURY

March 25, 2015

/ s/ Sebasitan Korth
Sebastian Korth, Esq. (BBO # 676127)
Korth Law Office

One Center Plaza, Suite 220<br>
Boston, MA 02108<br>
617-259-1955<br>
SKorth@korthlawoffice.com